UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER UNGER and<br>DUSTIN LACH, individuals and<br>on behalf of similarly situated persons,<br><br>    Plaintiff,<br><br>v<br><br>SC ENVIRONMENTAL SERVICES, LLC,<br>a Michigan limited liability company, SC<br>SERVICES, LLC, a Michigan limited liability<br>company, and JOHN K. SEARS, an individual,<br><br>    Defendants. | Case No: 1:19-cv-00125-JTN-ESC<br><br>Hon. Janet T. Neff |

| | |
|---|---|
| Jeffrey S. Theuer (P44161)<br>LOOMIS, EWERT, PARSLEY,<br>  DAVIS & GOTTING, P.C.<br>Attorneys for Plaintiffs<br>124 West Allegan Suite 700<br>Lansing, MI 48933<br>jstheuer@loomislaw.com<br>(517) 482-2400 | Randall B. Kleiman (P35628)<br>Ted W. Stroud (P30196)<br>OADE, STROUD & KLEIMAN, P.C.<br>Attorneys for Defendants<br>200 Woodland Pass, PO 1296<br>East Lansing, MI 48826-1296<br>rkleiman@osklaw.com<br>(517) 351-3550 |

**FINAL ORDER AND JUDGMENT
APPROVING SETTLEMENT AGREEMENT**

Plaintiffs' Unopposed Motion for Final Approval of Settlement having come before the Court for hearing on April 17, 2020, it appearing that the Motion is unopposed, and no objections, requests to be excluded from the Class, or requests for mediation under the terms of the proposed Class Action and Collective Action Settlement Agreement (the "Settlement Agreement") having been filed,

THE COURT FINDS AND ORDERS AS FOLLOWS:

1. On December 30, 2019, the Court entered an Order Certifying Class and Collective Action For Purposes of Settlement, Designating Representative Plaintiffs, and Appointing Class Counsel (ECF No. 32) (the "Order Preliminarily Approving Settlement") in this cause based upon a Settlement Agreement entered into by the Parties.

2. The Court hereby adopts all of the findings contained in its Order Preliminarily Approving Settlement. In addition, this Final Order and Judgment Approving Settlement Agreement incorporates by reference the definitions contained in the Settlement Agreement, and all capitalized terms used in this Final Order and Judgment Approving Settlement Agreement will have the same meanings as set forth in the Settlement Agreement, unless otherwise defined in this Order.

3. This matter satisfies the prerequisites for certification of a settlement class under Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure.

4. Notice to the Settlement Class has been provided in accordance and compliance with this Court's Preliminary Order Approving Settlement, and notice has been given in an adequate and sufficient manner; constitutes the best notice practicable under the circumstances; and satisfies the requirements of due process. Full opportunity has been afforded to members of the Class to participate in this Fairness Hearing. Accordingly, the Court determines that all members of the Class are bound by this Order and Final Judgment Approving Settlement.

5. Final approval of the Settlement Agreement and entry of Final Judgment is GRANTED.

6. Pursuant to Rules 23(a) and (b)(2) of the Federal Rules of Civil Procedure, the following Settlement Collective and Class are certified:

    Employees of Defendants in the State of Michigan who were compensated on an hourly basis at any time within the three years immediately preceding the filing of the Collective and Class Action Complaint.

7. Pursuant to Federal Rule of Civil Procedure 23, the Settlement Agreement entered into by the parties is finally approved as fair, reasonable, and adequate, and in the best interests of the Class.

8. The settlement funds shall be dispersed in accordance with the Settlement Agreement, and the parties are directed to consummate and to implement the Settlement Agreement in accordance with its terms.

9. Plaintiffs' motion for attorneys' fees and costs is GRANTED. Class counsel, Loomis, Ewert, Parsley, Davis & Gotting, P.C., are awarded attorneys' fees in the amount of

$64,483.95 and costs in the amount of $516.05, for a total of $65,000.00, in accordance with the terms of the Settlement Agreement. These fees and costs are determined by the Court to be fair, reasonable, and appropriate.

10. Plaintiffs have applied for incentive awards to be paid to the Representative Plaintiffs. Recognizing these Representative Plaintiffs' efforts on behalf of the Class, this Court finds the awards provided for in the Settlement Agreement to be fair, reasonable and appropriate, and approves the service payments as set out in the Settlement Agreement. The Court approves incentive awards in the amount of $13,000 for Christopher Unger and $13,000 for Dustin Lach.

11. The Plaintiffs and Defendants having so agreed, no objections having been filed, good cause appearing, and there being no just reason for delay, IT IS ORDERED that this Final Order and Judgment Approving Settlement Agreement, is hereby entered as a final and appealable order.

12. This Action is dismissed with prejudice and without further costs, including but not limited to claims for interest, penalties, costs and attorneys' fees, that Plaintiffs and any Class Members have alleged or may have alleged in connection with this Litigation. Without affecting the finality of this Order, this Court retains exclusive jurisdiction over the consummation, performance, administration, effectuation and enforcement of the Settlement Agreement, and this Order.

Signed this 17th day of April, 2020.

                                                /s/ Janet T. Neff
                                          Hon. Janet T. Neff,
                                          United States District Court Judge